# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORY MAITZ,<br>  Plaintiff,<br><br>  v.<br><br>UNDERWRITERS AT LLOYD'S,<br>LONDON,<br>  Defendant. | No. 3:18-cv-723 (SRU) |

## ORDER TO REPORT CITIZENSHIP

In their Notice of Removal, Doc. # 1, the defendant(s) Underwriters at Lloyd's, London state that the "Underwriters are business entities organized and existing under the laws of Great Britain and Wales." To permit the Court to determine whether it has subject matter jurisdiction in this case, the defendant(s) shall, within 14 days, file a list identifying each individual underwriter subscribing to the relevant policy as of the date of the filing of the Complaint, and identify the citizenship of each such underwriter. To the extent any such underwriter is itself a business organization other than a corporation, and thus incapable of having its citizenship status evaluated pursuant to 28 U.S.C. § 1332, the list filed by defendant(s) must also identify the equitable owners of each such business organization, and identify the citizenship of each such equitable owner. To the extent additional identification of further subunits of the pertinent business organizations is necessary, in order to allow the Court to properly determine whether it has subject matter jurisdiction in this case, such information must also be provided by the defendant(s).

  It is so ordered.

Dated at Bridgeport, Connecticut, this 14th day of May 2018.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge